O

# United States District Court
# Central District of California

| | |
|---|---|
| In Re:<br><br>CITY OF SAN BERNARDINO, CALIFORNIA,<br><br>      Debtor,<br>_____<br><br>SAN BERNARDINO CITY PROFESSIONAL FIREFIGHTERS LOCAL 891<br><br>      Appellant,<br>      v.<br><br>CITY OF SAN BERNARDINO, CALIFORNIA,<br><br>      Appellee. | Case No. 5:14-cv-02073-ODW<br><br>**ORDER DENYING MOTION TO CONSOLIDATE CASES AS MOOT [27]** |

      On January 9, 2015, Debtor and Appellee City of San Bernardino, California ("the City") filed a "Motion to Consolidate Related Cases Before This Court." (ECF No. 27.) While labeled as a motion to "consolidate," the City's motion is actually a motion to transfer to this Court a matter pending before a different judge. The requested transferee case, Case No. 5:15-cv-00025-AB, is the second of two cases

created from a single Notice of Appeal. This was an admitted error by the Clerk's Office and the second case has since been closed. The first case created from the Notice of Appeal, Case No. 5:15-cv-00014-ODW, was properly assigned to this Court.

The admission of error by the Clerk's Office and the closing of Case No. 5:15-cv-00025-AB occurred on the same day as the City filed this pending motion. All four appeals arising from Bankruptcy Case No. 6:12-bk-28006-MJ are properly before this Court. As a result, the Court **DENIES** the City's Motion to Consolidate as **MOOT**.

**IT IS SO ORDERED.**

January 20, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**